UNITED STATES DISTRRICT AND BANKRUPTCY COURT

FOR THE DISTRICT OF COLUMBIA

JO ANN MYERS, STEPNEY

781 EMBARCADERO DEL NORTE' #5

GOLETA, CALIFORNIA 93117

805-685-4304

**FILED**

AUG 12 2011

Clerk, U.S. District and
Bankruptcy Courts

VS.      *CIVIL ACTON NO.*

JSTOR

FLOOR    149 FIFTH AVENUE, L

NEW YORK, NEW YORK 100010

Case: 1:11-cv-01463
Assigned To : Unassigned
Assign. Date : 8/12/2011
Description: Pro Se Gen. Civil

ANDREW W. MELLON FOUNDATION

140 EAST 62ND STREET

NEW YORK, NEW YORK 10065

Ithaka

149 FIFTH AVENUE, 8TH FL

NEW YORK, NEW YORK 10010

**RECEIVED**

JUL 21 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## COMPLAINT

THE LOGL BEING USE BY JSTOR IS A DESIGN MADE BY ME IN THE MID TO LATE 1900'S.  I WAS A STUDENT OF DUNBAR ELEMENTARY SCHOOL OF TULSA, OK. NORTH EAST PINE STREET, LOCATE ON THE NORTHE SIDE OF TULSA AT THAT TIME.  I HAVE NOT RECEIVED RECONITION NOR ANY FUNDS FOR THE WORK OF ARTS OF WHICH I DID CREATE.  THERE ARE MANY MORE PAINTINGS AND LEGAL DOCUMENTS ALSO COPYRIGHTED IN THE MID TO LATE 1900'S.  ONE OF WHICH WAS THE WILL OF MY ART TEACHER, LEAVING EVERYTHING TO ME.  I DID MOST OF THE WORK.  I AM ENTITTLED TO EVERYTHING SHE LEFT ME AND MORE AT THIS POINT IN TIME.

I AM ASKING TO BE CONFINSATED WITH FIVE BILLION DOLLARS.  MY ART WORK AS BEEN EXPLOITED, PIROTED, AND I HAVE BEEN MADE FUN, AND HUMILIATED BY THIS OUT RAGGOUSE ACTS OF ALL PARTIES RESPONIBLE.

Plus Pain + Sufferring,

Jo Ann Myers, Stepney

Jo Ann Stepney